IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANIELLE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTA CUSTOM COACH, INC.<br>and DAVID LAY,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:15-cv-02050-ELR |

## ORDER

This matter is before the Court on a Joint Motion for Settlement Approval. Upon review of the proposed Settlement Agreement and Full and Final Release of All Claims, the Court finds that the settlement is a fair and reasonable resolution of the disputes. The Parties' Settlement Agreement and Full and Final Release of All Claims is **APPROVED.** Accordingly, their Joint Motion for Settlement Approval is **GRANTED**.

IT IS SO ORDERED, this the 31st day of March 2016.

_Eleanor L. Ross_
Honorable Eleanor L. Ross
Judge, United States District Court

1